# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 11, 2014

## NO. 03-12-00498-CV

**Bastrop Central Appraisal District, Appellant**

**v.**

**Acme Brick Company, Appellee**

**APPEAL FROM 423RD DISTRICT COURT OF BASTROP COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the order signed by the trial court on June 11, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.